Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA L. RAHIER, | Case No.  09-CV-00425-WBS-GGH |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Plaintiff, TERESA L. RAHIER, filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on February 12, 2009.  NCO filed its responsive pleading on March 18, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

/ / /

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.


Dated: 7/6/09                     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  /s/Albert R. Limberg
                                  Albert R. Limberg,
                                  Attorney for Defendant,
                                  NCO Financial Systems, Inc.


Dated: 7/6/09                     KROHN & MOSS, LTD.

                                  /s/ Ryan Lee
                                  Ryan Lee,
                                  Attorney for Plaintiff,
                                  Teresa L. Rahier


IT IS SO ORDERED.

Dated:  July 7, 2009

                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE